15 P.3d 1128

# SUPREME COURT OF HAWAI'I

October 27, 2000

| 23067 | State v. Ungaro | Affirmed |

**December 6, 2000**

| 22990 | State v. Fetoa | Affirmed |

**December 7, 2000**

| 22862 | Franklin v. AIG Hawaii Ins. Co. | Vacated |

**December 20, 2000**

| 22468 | State v. Dubach | Affirmed |